IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KOREY COLE,

    Petitioner,

v.                                                          4:18cv83–WS/HTC

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed January 10, 2020. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (ECF No. 1) be denied. Although he has twice been granted an extension of time to file objections to the report and recommendation, the petitioner has filed no objections.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is denied."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __8th__ day of __April__, 2020.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE